IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| DORIS ANNE COX, individually, and as Executor for the Estate of HAROLD E. COX, deceased, | ) ) ) ) |
| Plaintiff, | ) C.A. No. 19-548 (MN) (SRF) |
| | ) |
| v. | ) |
| | ) |
| CARRIER CORPORATION, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

WHEREAS, on July 16, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 149) in this action, recommending that the Court grant the unopposed motion for summary judgment of Defendant The Nash Engineering Company (D.I. 118); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED this 3rd day of August 2021, that the Report and Recommendation is ADOPTED.

Defendant The Nash Engineering Company's Motion for Summary Judgment (D.I. 118) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant The Nash Engineering Company and against Doris Anne Cox, Individually, and as Executor for the Estate of Harold E. Cox, deceased.

IT IS FURTHER ORDERED that Defendant The Nash Engineering Company's Motion to Dismiss Based upon Plaintiff's Non-Opposition to Summary Judgment (D.I. 140) is DENIED as moot.

*[Signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Court Judge